**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


**BENJAMIN F THOMPSON,**

     **Plaintiff,**

**v.**                                            **CASE NO. 4:05-cv-00434-MP-AK**

**LEON COUNTY JAIL,
et al,**

     **Defendants.**

_____/


**<u>REPORT AND RECOMMENDATION</u>**

Plaintiff filed a complaint on November 17, 2005, and was granted leave to proceed in forma pauperis.  (Docs. 1 and 4).  His complaint was reviewed and he was ordered to file an amended complaint on or before November 2, 2006.  (Doc. 6).  When no amended complaint was filed, an Order to Show cause was entered.  (Doc. 7).  There has been no amended complaint filed and other orders sent to Plaintiff at this address in Case No. 4:05CV433-MMP/AK were returned as undeliverable with no forwarding address available. (See Doc. 8 in Case No. 4:05CV433-MMP/AK).  Consequently, the Court has reason to believe that the current address is no longer valid and it has no means of communicating with Plaintiff about his case.

A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. <u>Link v. Wabash Railroad</u>, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962).  Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for failure to obey a court order. Plaintiff has failed to comply with an order of this Court directing that he file an amended complaint (doc. 5) and has not provided a current address for the Court to communicate

with him about his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 26th Day of December, 2006.

   s/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**